**In re: Jackie MCKUBBIN, Petitioner.**

No. 05–7926.

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2006.

Decided: Aug. 4, 2006.

Jackie McKubbin, Petitioner Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jackie McKubbin petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court has recently denied McKubbin's § 3582(c)(2) motion. Accordingly, because the district court has recently decided McKubbin's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*